IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS, INC. | § § § | |
| Plaintiff, | § | CAUSE NO. SA06CA0434 |
| vs. | § § § | |
| JOHN L. FURNISH, An Individual, AND SOUTHWEST LEGAL SOLUTIONS, INC., Defendants. | § § § § § | |

### DEFENDANT'S, SOUTHWEST LEGAL SOLUTIONS, INC., MOTION TO WITHDRAW MOTION TO STRIKE OBJECTIONS, TO COMPEL ANSWERS TO INTERROGATORIES AND FOR SANCTIONS

DEFENDANT, SOUTHWEST LEGAL SOLUTIONS, INC., ("Southwest) files this Motion to Withdraw Motion to Strike Objections, to Compel Answers to Interrogatories and for Sanctions directed to Plaintiff, IKON Office Solutions. The parties have resolved the dispute regarding IKON's Objections and Answers to Interrogatories propounded to it by Southwest and Southwest no longer wishes to proceed with its Motion.

Wherefore, Defendant, Southwest, requests that the Court allow it to withdraw its Motion to Strike Objections, to Compel Answers to Interrogatories and for Sanctions and that no further proceedings be had in regard to such motion.

Respectfully submitted,

BRAZLE & PFEUFFER

Attorneys at Law

By _/s/ Valin L. Woodward_
KENNETH D. BRAZLE

State Bar No. 02935100
170 E. San Antonio Street
New Braunfels, Texas 78130
(830) 629 8008
(830) 629 2161 (facsimile)
VALIN L. WOODWARD
State Bar No. 21981500
170 E. San Antonio Street
New Braunfels, Texas 78130
(830) 629 8008
(830) 629 2161 (facsimile)
COUNSEL FOR DEFENDANT,
SOUTHWEST LEGAL SOLUTIONS, INC.

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2007, a true and correct copy of the foregoing has been filed with the Court via the ECF system and a copy will be sent electronically to the following:

Mr. William H. Ford
Mr. Larry Gee
Ball and Weed, P.C.
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, TX 78212

Mr. Thomas T. Loder
Shannon Hampton Sutherland
Jenna D. Evans
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103-7396

Mr. Robert E. Bettac
Ms. Dawn M. Knepper
Ogletree, Deakins, Nash,
Smoak & Stewart, PC
112 E. Pecan St., Suite 2600
San Antonio, TX 78205

_____
VALIN L. WOODWARD